IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| MANUS EDWARD SUDDRETH | * | Case No: 13-12978-DER |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

OPPOSITION TO THE UNITED STATES TRUSTEE'S
MOTION TO CONVERT TO CHAPTER 7 OR DISMISS CASE

Manus Edward Suddreth, the debtor and debtor in possession herein (the "Debtor"), by counsel, files this Opposition to the United States Trustee's Motion to Convert to Chapter 7 or Dismiss Case filed by Judy A. Robbins, the United States Trustee for Region Four (the "U.S. Trustee"), and states:

1. On November 10, 2016, the U.S. Trustee filed the United States Trustee's Motion to Convert to Chapter 7 or Dismiss Case [Dkt. # 272] (the "Motion to Convert").

2. As grounds for the Motion to Convert, the U.S. Trustee states as cause the Debtor's inability to confirm a plan.

3. As the U.S. Trustee is well aware, from January 15, 2014 through September 8, 2015, the Debtor's case was jointly administered with the case of *In re W.P.I.P., Inc.*, Case No. 13-12517-DER. On September 8, 2015, WPIP's Chapter 11 case was dismissed by this Court and the jointly-administered cases were deconsolidated. This necessitated the Debtor's filing of his own plan of reorganization.

4. The Debtor filed his Plan of Reorganization [Dkt. # 174] on October 29, 2015. Since that time, the Debtor initiated negotiations with his secured creditors regarding plan terms and settlement proposals and filed subsequent amendments to the plan.

5. The Debtor presented his case for confirmation at the June 2016 hearing; however, because the Debtor could not reach a resolution with the Heckendorfs on their objections to the plan, the Debtor's second amended plan was not confirmed by the Court.

6. Following the June 2016 confirmation hearing, the Debtor resumed negotiations to resolve and settle outstanding issues related to his plan. Thereafter, the Debtor filed further amendments to the plan and disclosure statement. Prior to the hearing on the Debtor's second amended disclosure statement, the Applicant negotiated a settlement with the Heckendorfs, which was memorialized in amendments filed immediately prior to the hearing.

7. On September 28, 2016, the Debtor filed his Fourth Amended Plan of Reorganization [Dkt. # 258] (the "Plan") and his Third Amended Disclosure Statement Pursuant to § 1125 of the Bankruptcy Code [Dkt. # 259] (the "Disclosure Statement").

8. The Disclosure Statement was approved by the Court on September 29, 2016, and the Court scheduled a confirmation hearing for November 9, 2016.

9. Certain funding complications came to light on November 9, 2016 which the Debtor continues to address. The Debtor expects these issues to be resolved forthwith.

10. The Court scheduled the continued confirmation hearing for December 15, 2016.

11. The Debtor expects the Plan to be confirmed at the continued hearing on December 15, 2016.

WHEREFORE, because the U.S. Trustee cannot establish grounds to convert or dismiss this bankruptcy case, and because granting the Motion to Convert is not in the interests of the Debtor or his creditors, the Debtor requests that this Court enter an Order denying the Motion to Convert and granting such other and further relief as the Court deems just and appropriate.

      /s/ James A. Vidmar
James A. Vidmar, 00271
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044
(443) 569-5977
jvidmar@yvslaw.com

Counsel for Debtor

- 3 -

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 28th day of November 2016, notice of filing the Opposition to the United States Trustee's Motion to Convert to Chapter 7 or Dismiss Case was sent electronically to those parties listed on the docket as being entitled to such electronic notices.

                              /s/ James A. Vidmar
                              James A. Vidmar

The following parties received CM/ECF notice of the filing:

Hugh M. Bernstein, Esquire
(hugh.m.bernstein@usdoj.gov)
Office of the U.S. Trustee
101 West Lombard Street
Baltimore, Maryland  21201

Shaan S. Chima, Esquire
(shaan.chima@gebsmith.com)
Counsel for Baltimore County Savings
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland  21202-3281

Stephen Andrew Josey, Esquire
(stephen.a.josey@usdoj.gov)
Department of Justice, Tax Division
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044

Scott Elliot Nadel, Esquire
(scottnadel@lojnlaw.com)
Counsel for Bank of New York Mellon
Law Office of Jeffrey Nadel
4041 Powder Mill Road, Suite 415
Calverton, Maryland 20705

James A. Vidmar, Esquire
(jvidmar@yvslaw.com)
Counsel for Debtor
Yumkas, Vidmar, Sweeney & Mulrenin
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044

Kavitha Bondada, Esquire
(kavitha.bondada@usdoj.gov)
Department of Justice, Tax Division
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044

Alex Gordon, Esquire
(alex.gordon@usdoj.gov)
U.S. Attorney's Office
6500 Cherrywood Lane, Suite 200
Greenbelt, Maryland  20770

Craig B. Leavers, Esquire
(craigl@hbllaw.com)
Counsel for CFS-4 II, LLC
Hofmeister, Breza & Leavers
Executive Plaza III
11350 McCormick Road, Suite 1300
Hunt Valley, Maryland  21031

Joseph Michael Selba, Esquire
(jselba@tydingslaw.com)
Counsel for David & Nancy Heckendorf
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202

Michael T. Cantrell, Esquire
(bankruptcymd@mwc-law.com)
Counsel for JPMorgan Chase Bank NA
McCabe, Weisberg & Conway, P.C.
312 Marshall Avenue, Suite 800
Laurel, Maryland 20707

James T. Heidelbach, Esquire
(jheid@gebsmith.com)
Counsel for Baltimore County Savings
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland  21202-3281

Kyle J. Moulding, Esquire
(bankruptcymd@mwc-law.com)
Counsel for Deutsche Bank National
Trust Company
312 Marshall Avenue, Suite 800
Laurel, Maryland  20707

Lisa Yonka Stevens, Esquire
(lstevens@yvslaw.com)
Counsel for Debtor
Yumkas, Vidmar, Sweeney & Mulrenin
10211 Wincopin Circle, Suite 500
Columbia, Maryland  21044