

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| IN RE: | * |
| | * |
| MANUS E. SUDDRETH, | *     Case No.:  13-12978 - DER |
| | *     (Chapter 11) |
| DEBTOR. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION BY CHAPTER 11 TRUSTEE FOR ENTRY
OF AN ORDER APPROVING A STANDSTILL AGREEMENT AND AN
AGREEMENT OF COOPERATION WITH THE EINSTEIN PARTIES**

UPON CONSIDERATION of the Motion by Chapter 11 Trustee for Entry of an Order Approving a Standstill Agreement and an Agreement of Cooperation with the Einstein Parties (the "Motion"),[1] it appearing that all required notice of the Motion has been given and that no further opportunity for notice or hearing is required or warranted, it further appearing that no objection or response has been timely filed to the Motion, and that good cause has been shown for granting the relief requested in the Motion; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED,** that the Standstill Agreement and the Agreement of Cooperation between the Trustee and the Einstein Parties attached as Exhibits A and B to the Motion are **APPROVED** in all respects.

---

[1] All defined terms not specifically defined herein shall have the meanings ascribed to them in the Motion.

<u>Copies</u>:

Joseph J. Bellinger, Esquire via CM/ECF
Irving E. Walker, Esquire via CM/ECF
Office of United States Trustee via CM/ECF
Joseph M. Selba, Esquire via CM/ECF
Craig B. Leavers, Esquire via CM/ECF
Stephen A. Josey, Esquire via CM/ECF

Manus E. Suddreth
7650 Waterwood Trail
Glen Burnie, Maryland 21060

**\*\* END OF ORDER \*\***