**DEBTOR:** Manus E. Suddreth                    **CASE NUMBER:** 13-12978

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF MARYLAND
MONTHLY OPERATING REPORT - CHAPTER 11        ☐ Check if this is an
INDIVIDUAL DEBTORS                                  amended report.

COVER SHEET AND QUESTIONNAIRE - FORM 3

For Period from: 04/01/2017    to    04/30/2017

*THIS REPORT MUST BE FILED WITH THE COURT 20 DAYS AFTER THE END OF THE MONTH*
Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

### REQUIRED REPORTS / DOCUMENTS

1. Cash Flow Statement (Page 2)
2. Cash Reconciliation(s) and Narrative (Page 3)
3. Cash Receipts Detail (Page 4)
4. Cash Disbursements Detail (Page 5)
5. Receipts and Disbursements Recap Case to Date (Page 6)
6. **Bank Statements for All Bank Accounts open during any day during the period**
   (remember to redact all but the last four digits of bank account number)

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? <br> 1a. If no, explain. | X | |
| 2. Are all insurance policies current and in effect? <br> 2a. If no, explain.** | X | |
| 3. Have all post petition taxes been timely filed and paid, including quarterly estimated taxes, if applicable? <br> 3a. If no, explain.** | X | |
| 4. Did you pay all your bills on time this month? | X | |
| 5. Did you borrow money from anyone or has anyone made any payments on your behalf? <br> 5a. If yes, why?** | | X |
| 6. Other than postpetition mortgage or car payments, did you pay any bills you owed prior to filing for bankruptcy? | | X |
| 7. Do you have any bank accounts open other than the DIP account? <br> 7a. If yes, when will they be closed?   See "Unusual Items" on page 3 | X | |

**If additional room is needed, please use the "Unusual Items" Section on page 3 to explain.

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

Executed on: 6/21/17

Signature (Debtor):
Print name:    Joseph J. Bellinger, Chapter 11 Trustee for Manus E. Suddreth

Signature (Co-Debtor, if one):
Print name:

Individual MOR 2016-11 (blank).xlsx

**DEBTOR:** Manus E. Suddreth                  **CASE NUMBER:** 13-12978

**For Period from:** 04/01/2017   to   04/30/2017

## CASH FLOW SUMMARY (SEE NOTE A)
*(Transfers between the debtor's bank accounts are not to be reflected on this page.)*

| | | | |
|---|---|---|---|
| 1. | **Beginning Cash Balance** | $ | 2,063.36 (1) A |
| 2. | **Cash Receipts** | | |
| | Wages | $ 3,553.21 | |
| | Sole Proprietorship Revenues | | |
| | Draws from owned entities other than Sole Prop | | |
| | Rental Income | 4,402.00 | |
| | Other      SSA | 1,968.00 | |
| | Other | | |
| | Total Cash Receipts for the month | $ | 9,923.21   B |
| 3. | **Cash Disbursements** | | |
| | Primary residence: Rent or home mortgage payment | $ | |
| | Utilities and Communication related Expenses | 1,557.68 | |
| | Home maintenance (repairs/upkeep/association dues) | | |
| | Food / Groceries / Housekeeping supplies | 813.47 | |
| | Restaurants/Entertainment/Recreation | | |
| | Clothing / Laundry / Personal Care | | |
| | Charitable and Religious Contributions | | |
| | Insurance payments | 1,130.40 | |
| | Installment payments (including car payments) | | |
| | Alimony, maintenance, support of others | | |
| | Legal / Professional Fees / U.S. Trustee Fees | | |
| | Sole Proprietorship Expenses | | |
| | Rental Property related: mortgages / expenses / repairs | | |
| | Other      Gas | 116.50 | |
| | Other      Misc. | 2,455.60 | |
| | Other | | |
| | Other | | |
| | Miscellaneous | | |
| | Total Cash Disbursements for the month | $ | 6,073.65   C |
| 4. | **Net Cash Flow for Month**<br>(Total Cash Receipts less Total Cash Disbursements)   (B - C) | | 3,849.56   D |
| 5. | **Ending Cash Balance**   (A + D) | $ | 5,912.92   E |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Disbursements for the Month (from above) | 6,073.65 |
| Add: Any amounts paid on behalf of the debtor by others | |
| Disbursements for U.S. Trustee Fee Calculation | 6,073.65 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(1) Current month beginning cash balance should equal the previous month's ending balance.*

DEBTOR:  Manus E. Suddreth                                    Case Number: 13-12978

## A. BANK ACCOUNTS THAT ARE OPEN AT END OF THE PERIOD

| Period ending: 04/30/2017 | Acct #1 | Acct #2 | Acct #3 | Acct #4 |
|---|---|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo | Wells Fargo | Wells Fargo |
| Last four digits of account | 7530 | 2529 | 1876 | 1285 |
| Purpose of Acct (Personal or Business) | D.I.P. | Rentals | Personal | Personal |
| Type of account (Checking or Savings) | Checking | Checking | Savings | Savings |
| Balance per Bank Statement at End of the Period | 1,813.64 | 3,181.75 | 587.40 | 330.13 |
| TOTAL OF ALL ACCOUNTS AT END OF PERIOD | | | 5,912.92 | |

Note: Attach a copy of the bank statement and bank reconciliation for every account that was open during any point in time during the period, whether it is a prepetition account or a DIP account.

## B. AMOUNTS OWED TO OTHERS at the end of the Period (post-petition only)

Do you have any past due post petition bills?        No ✓        Yes

If yes, how much do you owe? *(please attach support)*        $

## C. AMOUNTS OWED TO YOU at the end of the Period (both pre and post-petition)

Does anyone owe you any money?        No ✓        Yes

If yes, how much is owed to you?  *(please attach support)*        $

## D. UNUSUAL ITEMS

Please provide a description of any unusual financial transactions or changes to your financial condition since the past reporting period.

Other bank accounts from page 1, #7a - there are 2 accounts which are joint with children and do not reflect the addition of the Trustee's name. These accounts cannot be closed. The amounts are small with minimal activity, and there was no activity during the reporting period. Account statements are only available quarterly and as such, are not included in this MOR.

Suddreth received rental income of $4,402 in account x2529 during the period.

**DEBTOR:** Manus E. Suddreth                    **CASE #:** 13-12978

## CASH RECEIPTS DETAIL

> The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

For Period:   04/01/2017   to   04/30/2017
(attach additional sheets as necessary)

Bank Name   Wells Fargo                Last four digits of account number   _____

A. For each _counter deposit_ made during the period, record the following information:

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|  | See attached |  | 9,923.21 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 9,923.21 |

B. For _direct deposits_ to your account which identify the source of the deposit, just record the grand total of all of these deposits.                    _____

C. Deduct _transfers_ between accounts made to this account included in Section A or B above.                    _____

**Total Cash Receipts**   $ 9,923.21
This total should agree with Page 2

PAGE 4
Rev. 2016-11

**DEBTOR:**   Manus E. Suddreth          **CASE #:**   13-12978

## CASH DISBURSEMENTS DETAIL

| The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc. |
|---|

For Period: 04/01/2017 to 04/30/2017
(attach additional sheets as necessary)

Bank Name   **Wells Fargo**          Last four digits of account number   _____

**A.**   *For all checks written , record the detail of each showing the following information:*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| | | See attached | | 6,073.65 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 6,073.65 |

**B.**   *For direct debits to your account which identify the who is being paid, just record the grand total of all of these withdrawals*          _____

**C.**   *Deduct transfers between accounts made to this account included in Section A or B above.*          _____

**Total Cash Disbursements** $ 6,073.65
This total should agree with Page 2

# RECEIPTS AND DISBURSEMENTS RECAP

**Debtor:** Manus E. Suddreth                    **Case #:** 13-12978

**Date Case was filed:** February 21, 2013

This form is to be used to record Monthly Operating Reports' Receipts and Disbursements filed to date.
It serves as a running total of overall cash receipts and cash disbursement and net income (or loss) for the case.

**NOTE: These amounts are directly obtained from Page 2 of the associated MOR.**

| **Year: 2016** | | | | **Year: 2017** | | |
|---|---|---|---|---|---|---|
| | Receipts | Disb | Net | Receipts-2 | Disb-2 | Net-2 |
| Jan | 11,658 | 8,337 | 3,321 | 6,571 | 5,917 | 654 |
| Feb | 9,123 | 7,515 | 1,608 | 5,521 | 9,006 | -3,485 |
| Mar | 9,523.00 | 11,634 | -2,111 | 6,410 | 6,012 | 398 |
| Apr | 9,050 | 9,325 | -275 | 9,923 | 6,074 | 3,850 |
| May | 10,410.00 | 10,872 | -462 | | | 0 |
| Jun | 7,723 | 9,972 | -2,249 | | | 0 |
| Jul | 11,375 | 14,227 | -2,852 | | | 0 |
| Aug | 8,898 | 7,370 | 1,528 | | | 0 |
| Sep | 10,010 | 10,121 | -111 | | | 0 |
| Oct | 10,754 | 12,423 | -1,669 | | | 0 |
| Nov | 6,474 | 5,913 | 561 | | | 0 |
| Dec | 6,405 | 7,119 | -714 | | | 0 |
| **TOTAL** | 111,403 | 114,828 | -3,425 | 28,425 | 27,009 | 1,416 |

PAGE 6
Rev. 2016-11

**CASH RECEIPTS**

| Acct # | Date | Amount | Description | Payor | Category |
|--------|------|--------|-------------|-------|----------|
| x7530 | 4/7/2017 | 888.30 | W.P.I.P. Inc WF PAYROLL 170407 2 Suddreth, Manus | WPIP | Wages |
| x7530 | 4/12/2017 | 1,968.00 | SSA TREAS 310 XXSOC SEC 041217 XXXXX7659A SSA MANUS E SUDDRETH | SSA | SSA |
| x7530 | 4/14/2017 | 888.30 | W.P.I.P. Inc WF PAYROLL 170414 2 Suddreth, Manus | WPIP | Wages |
| x7530 | 4/21/2017 | 888.30 | W.P.I.P. Inc WF PAYROLL 170421 2 Suddreth, Manus | WPIP | Wages |
| x7530 | 4/28/2017 | 888.30 | W.P.I.P. Inc WF PAYROLL 170428 2 Suddreth, Manus | WPIP | Wages |
| x2529 | 4/5/2017 | 1,251.00 | DBG PROPERTY CASH DISB MANUS SUDDRETH | DBG Property | Rental Income |
| x2529 | 4/10/2017 | 1,251.00 | DBG PROPERTY CASH DISB MANUS SUDDRETH | DBG Property | Rental Income |
| x2529 | 4/12/2017 | 950.00 | SUNTRUST EXT TFR P2P 170412 CHARLES WONCH CHARLES WONCH | Charles Wonch | Rental Income |
| x2529 | 4/28/2017 | 950.00 | SUNTRUST EXT TFR P2P 170428 CHARLES WONCH CHARLES WONCH | Charles Wonch | Rental Income |
| | | $ 9,923.21 | | | |

**CASH DISBURSEMENTS**

| Acct # | Date | Amount | Check # | Description | Payee | Category |
|---|---|---|---|---|---|---|
| x7530 | 4/3/2017 | $ (100.67) | | PURCHASE AUTHORIZED ON 04/03 BJ WHOLES 8139 GOV RIT PASADENA MD P0000000559421184 CARD 6940 | BJ's | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/3/2017 | (99.60) | | PURCHASE AUTHORIZED ON 04/02 Wal-Mart Super Center SEVERN MD P00000000880200311 CARD 6940 | Walmart | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/3/2017 | (42.26) | | PURCHASE AUTHORIZED ON 04/01 ROYAL FARMS 039 PASADENA MD S467091694879926 CARD 6940 | Royal Farms | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/3/2017 | (33.63) | | PURCHASE AUTHORIZED ON 04/01 RITE AID STORE - 1 PASADENA MD S587091691705382 CARD 6940 | Rite Aid | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/3/2017 | (24.92) | | PURCHASE AUTHORIZED ON 04/02 WEIS MARKETS 04 PASADENA MD P00000000949200252 CARD 6940 | Weis Markets | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/4/2017 | (800.00) | 1925 | CHECK # 1925 | Crain Auto Cars | Misc. |
| x7530 | 4/5/2017 | (396.24) | | UnitedHealthcare PREMIUM 0345177161 SUDDRETH M | United Healthcare | Insurance |
| x7530 | 4/6/2017 | (35.00) | | OVERDRAFT FEE FOR A TRANSACTION POSTED ON 04/05 $396.24 UnitedHealthcare PREMIUM 0345177161 SUDDRETH M | Wells Fargo | Misc. |
| x7530 | 4/10/2017 | (175.00) | 1527 | CHECK # 1527 | AAFDC | Misc. |
| x7530 | 4/11/2017 | (200.00) | | ATM WITHDRAWAL AUTHORIZED ON 04/11 7700 RITCHIE HIGHWAY GLEN BURNIE MD 0004418 ATM ID 0466E CARD 6940 | Cash Withdrawal | Misc. |
| x7530 | 4/11/2017 | (37.10) | | Silver Script Premiums 040917 XXXXX3201 MANUS SUDDRETH | Silver Script | Insurance |
| x7530 | 4/11/2017 | (33.90) | | Silver Script Premiums 040917 G6C181121 JEAN SUDDRETH | Silver Script | Insurance |
| x7530 | 4/11/2017 | (19.08) | | PURCHASE AUTHORIZED ON 04/11 GIANT 0324 PASADENA MD P00587101673761706 CARD 6940 | Giant | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/12/2017 | (351.38) | | ALLSTATE INS CO INS PREM APR 17 00000099808294 SUDDRETH | Allstate | Insurance |
| x7530 | 4/12/2017 | (179.95) | | PURCHASE AUTHORIZED ON 04/10 U.S. DOCTORS CLINI 800-914-0594 CA S387098705349800 CARD 6940 | U.S. Doctors Clinic | Misc. |
| x7530 | 4/12/2017 | (44.00) | | PURCHASE AUTHORIZED ON 04/12 SHELL Service Station PASADENA MD P00587102451917913 CARD 6940 | Shell | Gas |
| x7530 | 4/12/2017 | (6.32) | | PURCHASE AUTHORIZED ON 04/12 THE HOME DEPOT #2582 GLEN BURNIE MD P00587102448383182 CARD 6940 | Home Depot | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/12/2017 | (2.63) | | PURCHASE AUTHORIZED ON 04/12 THE HOME DEPOT #2582 GLEN BURNIE MD P00467102446693174 CARD 6940 | Home Depot | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/13/2017 | (200.00) | | ATM WITHDRAWAL AUTHORIZED ON 04/13 7700 RITCHIE HIGHWAY GLEN BURNIE MD 0005050 ATM ID 0466E CARD 6940 | Cash Withdrawal | Misc. |
| x7530 | 4/13/2017 | (13.86) | | PURCHASE AUTHORIZED ON 04/12 MCDONALD'S F1504 GLEN BURNIE MD S387102436821726 CARD 6940 | McDonald's | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/14/2017 | (789.30) | 1929 | CHECK # 1929 | Crain Motors Car | Misc. |
| x7530 | 4/14/2017 | (45.41) | | STATE FARM RO 27 SFPP 21 S 1026753421 MANUS SUDDRETH | State Farm | Insurance |
| x7530 | 4/14/2017 | (12.91) | | PURCHASE AUTHORIZED ON 04/13 MCDONALD'S F1504 GLEN BURNIE MD S467103434299622 CARD 6940 | McDonald's | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/17/2017 | (41.13) | | PURCHASE AUTHORIZED ON 04/16 KEY WOK CURTIS BAY MD S307106769746173 CARD 6940 | Key Wok | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/17/2017 | (40.00) | | ATM WITHDRAWAL AUTHORIZED ON 04/16 7700 RITCHIE HIGHWAY GLEN BURNIE MD 0006234 ATM ID 0466E CARD 6940 | Cash Withdrawal | Misc. |
| x7530 | 4/17/2017 | (11.51) | | PURCHASE AUTHORIZED ON 04/17 Wal-Mart Super Center SEVERN MD P00000000452805223 CARD 6940 | Walmart | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/18/2017 | (46.49) | | PURCHASE AUTHORIZED ON 04/17 109 HOSSS STEAK BEDFORD PA S307107852415807 CARD 6940 | Hosss Steak | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/18/2017 | (34.00) | | PURCHASE AUTHORIZED ON 04/17 PIT STOP GAS INC HANCOCK MD S467107666874792 CARD 6940 | Pit Stop Gas | Gas |
| x7530 | 4/19/2017 | (6.57) | | PURCHASE AUTHORIZED ON 04/17 SUBWAY 0438 SEVERN MD S307107590304535 CARD 6940 | Subway | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/21/2017 | (13.65) | | PURCHASE AUTHORIZED ON 04/16 TACO BELL 032666 PASADENA MD S467106588155205 CARD 6940 | Taco Bell | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/24/2017 | (131.22) | | PURCHASE AUTHORIZED ON 04/23 RITE AID STORE - 1 PASADENA MD S30711381301732 CARD 6940 | Rite Aid | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/25/2017 | (387.26) | | PURCHASE AUTHORIZED ON 04/25 BALTIMORE GAS&ELEC 800-685-0123 MD S307114653793642 CARD 6940 | BGE | Utilities/Comm. |
| x7530 | 4/25/2017 | (385.26) | | BGE PAYMENT 170424 6166360000 Wells Fargo | BGE | Utilities/Comm. |
| x7530 | 4/26/2017 | (333.71) | | PURCHASE AUTHORIZED ON 04/25 VERIZON*ONETIMEPAY VERIZON.COM FL S387114660790954 CARD 6940 | Verizon | Utilities/Comm. |
| x7530 | 4/28/2017 | (207.02) | | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 04/28 BJ WHOLESALE #00 8139 PASADENA MD P00467118588328386 CARD 6940 | BJ's | Food/Groceries/Housekeeping Supplies |
| x7530 | 4/28/2017 | (120.80) | 1930 | Check # 1930 (Converted ACH) NATIONWIDE MUTUA CHECKPAYMT 170428 01930 0001853520 # 1930 | Nationwide | Insurance |
| x7530 | 4/28/2017 | (44.65) | 1887 | Check # 1887 (Converted ACH) NEW YORK LIFE CHECKPAYMT 170428 01887 A7872482 # 1887 | New York Life | Insurance |
| x7530 | 4/28/2017 | (38.50) | | PURCHASE AUTHORIZED ON 04/28 BJS FUEL #9059 8139 GO PASADENA MD P00587118569067754 CARD 6940 | BJ's | Gas |
| x7530 | 4/28/2017 | (36.35) | 1931 | CHECK # 1931 | Shenandoah Villas | Misc. |

**CASH DISBURSEMENTS**

| Acct # | Date | Amount | Check # | Description | Payee | Category |
|--------|------|--------|---------|-------------|-------|----------|
| x2529 | 4/18/2017 | (190.23) | | BGE PAYMENT 170417 5412802000 Manus Suddreth | BGE | Utilities/Comm. |
| x2529 | 4/19/2017 | (100.92) | 1403 | CHECK # 1403 | Nationwide | Insurance |
| x2529 | 4/21/2017 | (50.81) | | BGE PAYMENT 170420 6717210000 Manus Suddreth | BGE | Utilities/Comm. |
| x2529 | 4/25/2017 | (75.14) | | CULLIGAN MID-ATL CULLIGAN W 170424 696508 SUDDRETH, JEANIE | Culligan | Utilities/Comm. |
| x2529 | 4/25/2017 | (75.14) | | CULLIGAN MID-ATL CULLIGAN W 170424 632591 SUDDRETH, JEANIE | Culligan | Utilities/Comm. |
| x2529 | 4/28/2017 | (60.13) | | VERIZON PaymentREC URRING 000015843314 M SUDDRETH | Verizon | Utilities/Comm. |

$ (6,073.65)

**Manus E. Suddreth**
**Monthly Operating Report**
**April 2017**

**BANK ACCOUNT SUMMARY**

| Acct # | Beginning Balance | Receipts | Disbursements | Ending Balance | Notes |
|--------|---------|---------|---------|---------|---------|
| x7530 | $ 1,413.71 | $ 6,221.21 | $ (5,821.28) | $ 1,813.64 | Statement Attached |
| x2529 | (267.88) | 4,702.00 | (1,252.37) | 3,181.75 | Statement Attached |
| x1876 | 587.40 | - | - | 587.40 | No April Statement (Quarterly) |
| x1285 | 330.13 | - | - | 330.13 | No April Statement (Quarterly) |
| | | | | | |
| Account Totals | $ 2,063.36 | $ 10,923.21 | $ (7,073.65) | $ 5,912.92 | |
| Less Transfers: | - | (1,000.00) | 1,000.00 | - | |
| Net Totals | $ 2,063.36 | $ 9,923.21 | $ (6,073.65) | $ 5,912.92 | |

# Wells Fargo Way2Save® Checking

Account number: �ં7530 ■ April 1, 2017 - April 30, 2017 ■ Page 1 of 6



MANUS SUDDRETH
BILLY R HARDIN
JOSEPH J BELLINGER
7650 WATERWOOD TRL
GLEN BURNIE MD 21060-8444

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (336)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $1,413.71 |
| Deposits/Additions | 6,221.21 |
| Withdrawals/Subtractions | - 5,821.28 |
| **Ending balance on 4/30** | **$1,813.64** |

Account number: ▰7530

**MANUS SUDDRETH**
**BILLY R HARDIN**
**JOSEPH J BELLINGER**

*Maryland account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  055003201

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ▄▄▄▄7530 ■ April 1, 2017 - April 30, 2017 ■ Page 2 of 6



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 4/3 | | Purchase authorized on 04/01 Rite Aid Store - 1 Pasadena MD S587091691705382 Card 6940 | | 33.63 | |
| 4/3 | | Purchase authorized on 04/01 Royal Farms 039 Pasadena MD S467091694879926 Card 6940 | | 42.26 | |
| 4/3 | | Purchase authorized on 04/02 Wal-Mart Super Center Severn MD P00000000880200311 Card 6940 | | 99.60 | |
| 4/3 | | Purchase authorized on 04/02 Weis Markets 04 Pasadena MD P00000000949200252 Card 6940 | | 24.92 | |
| 4/3 | | Purchase authorized on 04/03 Bj Wholes 8139 Gov Rit Pasadena MD P00000000559421184 Card 6940 | | 100.67 | 1,112.63 |
| 4/4 | | Online Transfer to Suddreth M Checking xxxxxx2529 Ref #Ib03B6C7Cs on 04/04/17 | | 300.00 | |
| 4/4 | 1925 | Check | | 800.00 | 12.63 |
| 4/5 | | Online Transfer From Suddreth M Checking xxxxxx2529 Ref #Ib03B8Q2Mx on 04/05/17 | 200.00 | | |
| 4/5 | | Unitedhealthcare Premium 0345177161 Suddreth M | | 396.24 | -183.61 |
| 4/6 | | Overdraft Fee for a Transaction Posted on 04/05 $396.24 Unitedhealthcare Premium 0345177161 Suddreth M | | 35.00 | |
| 4/6 | | Online Transfer From Suddreth M Checking xxxxxx2529 Ref #Ib03Bchww3 on 04/06/17 | 400.00 | | 181.39 |
| 4/7 | | W.P.I.P. Inc WF Payroll 170407 2 Suddreth, Manus | 888.30 | | 1,069.69 |
| 4/10 | 1527 | Check | | 175.00 | 894.69 |
| 4/11 | | ATM Withdrawal authorized on 04/11 7700 Ritchie Highway Glen Burnie MD 0004418 ATM ID 0466E Card 6940 | | 200.00 | |
| 4/11 | | Purchase authorized on 04/11 Giant 0324 Pasadena MD P00587101673761706 Card 6940 | | 19.08 | |
| 4/11 | | Silver Script Premiums 040917 G6C181121 Jean Suddreth | | 33.90 | |
| 4/11 | | Silver Script Premiums 040917 xxxxx3201 Manus Suddreth | | 37.10 | 604.61 |
| 4/12 | | SSA Treas 310 Xxsoc Sec 041217 xxxxx7659A SSA Manus E Suddreth | 1,968.00 | | |
| 4/12 | | Online Transfer From Suddreth M Checking xxxxxx2529 Ref #Ib03Brzt8J on 04/12/17 | 100.00 | | |
| 4/12 | | Purchase authorized on 04/10 U.S. Doctors Clini 800-914-0594 CA S387098705349800 Card 6940 | | 179.95 | |
| 4/12 | | Purchase authorized on 04/12 The Home Depot #2582 Glen Burnie MD P00467102446693174 Card 6940 | | 2.63 | |
| 4/12 | | Purchase authorized on 04/12 The Home Depot #2582 Glen Burnie MD P00587102448383182 Card 6940 | | 6.32 | |
| 4/12 | | Purchase authorized on 04/12 Shell Service Station Pasadena MD P00587102451917913 Card 6940 | | 44.00 | |
| 4/12 | | Allstate Ins CO Ins Prem Apr 17 000000998082294 Suddreth | | 351.38 | 2,088.33 |
| 4/13 | | Purchase authorized on 04/12 McDonald's F1504 Glen Burnie MD S387102436821726 Card 6940 | | 13.86 | |
| 4/13 | | ATM Withdrawal authorized on 04/13 7700 Ritchie Highway Glen Burnie MD 0005050 ATM ID 0466E Card 6940 | | 200.00 | 1,874.47 |
| 4/14 | | W.P.I.P. Inc WF Payroll 170414 2 Suddreth, Manus | 888.31 | | |
| 4/14 | | Purchase authorized on 04/13 McDonald's F1504 Glen Burnie MD S467103434299622 Card 6940 | | 12.91 | |
| 4/14 | 1929 | Check | | 789.30 | |
| 4/14 | | State Farm Ro 27 Sfpp 21 S 1026753421 Manus Suddreth | | 45.41 | 1,915.16 |
| 4/17 | | Purchase authorized on 04/16 Key Wok Curtis Bay MD S307106769746173 Card 6940 | | 41.13 | |
| 4/17 | | ATM Withdrawal authorized on 04/16 7700 Ritchie Highway Glen Burnie MD 0006234 ATM ID 0466E Card 6940 | | 40.00 | |
| 4/17 | | Purchase authorized on 04/17 Wal-Mart Super Center Severn MD P00000000452805223 Card 6940 | | 11.51 | 1,822.52 |
| 4/18 | | Purchase authorized on 04/17 Pit Stop Gas Inc Hancock MD S467107666874792 Card 6940 | | 34.00 | |
| 4/18 | | Purchase authorized on 04/17 109 Hosss Steak Bedford PA S307107852415807 Card 6940 | | 46.49 | 1,742.03 |

Account number: ■■■■7530 ■ April 1, 2017 - April 30, 2017 ■ Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|-----------|-------------|---------|
| 4/19 | | Purchase authorized on 04/17 Subway 0438 Severn MD S307107590304535 Card 6940 | | 6.57 | 1,735.46 |
| 4/21 | | W.P.I.P. Inc WF Payroll 170421 2 Suddreth, Manus | 888.30 | | |
| 4/21 | | Purchase authorized on 04/16 Taco Bell 032666 Pasadena MD S467106588155205 Card 6940 | | 13.65 | 2,610.11 |
| 4/24 | | Purchase authorized on 04/23 Rite Aid Store - 1 Pasadena MD S307113813017326 Card 6940 | | 131.22 | 2,478.89 |
| 4/25 | | Purchase authorized on 04/25 Baltimore Gas&Elec 800-685-0123 MD S307114653793642 Card 6940 | | 387.26 | |
| 4/25 | | Bge Payment 170424 6166360000 Wells Fargo | | 385.26 | 1,706.37 |
| 4/26 | | Purchase authorized on 04/25 Verizon*Onetimepay Verizon.Com FL S387114660790954 Card 6940 | | 333.71 | 1,372.66 |
| 4/28 | | W.P.I.P. Inc WF Payroll 170428 2 Suddreth, Manus | 888.30 | | |
| 4/28 | | Purchase authorized on 04/28 Bjs Fuel #9059 8139 Go Pasadena MD P00587118569067754 Card 6940 | | 38.50 | |
| 4/28 | | Purchase with Cash Back $ 40.00 authorized on 04/28 Bj Wholesale #00 8139 Pasadena MD P00467118588328386 Card 6940 | | 207.02 | |
| 4/28 | ^ 1887 | New York Life Checkpaymt 170428 01887 A7872482 | | 44.65 | |
| 4/28 | 1931 | Check | | 36.35 | |
| 4/28 | ^ 1930 | Nationwide Mutua Checkpaymt 170428 01930 0001853520 | | 120.80 | 1,813.64 |
| Ending balance on 4/30 | | | | | 1,813.64 |
| **Totals** | | | **$6,221.21** | **$5,821.28** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^ *Converted check:Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1527 | 4/10 | 175.00 | 1925 * | 4/4 | 800.00 | 1930 | 4/28 | 120.80 |
| 1887 * | 4/28 | 44.65 | 1929 * | 4/14 | 789.30 | 1931 | 4/28 | 36.35 |

*\* Gap in check sequence.*

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/01/2017 - 04/30/2017 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $2,000.00 | -$183.61 ☐ |
| · Total amount of qualifying direct deposits | $750.00 | $5,521.21 ☑ |

Account number: ■■■■7530  ■ April 1, 2017 - April 30, 2017  ■ Page 4 of 6


WELLS FARGO

---

### Monthly service fee summary (continued)

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 23 ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
JC/JC

 # IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Consumer Account Agreement ("Agreement") dated April 29, 2016. Effective March 31, 2017, the question and response to "Are there any restrictions on our accepting deposits to your account?" in the section titled "Deposits to your account" are deleted and replaced with the following:

Are we required to accept all deposits to your account?

No. We are permitted to decline all or part of a deposit, including a cash deposit. Some examples are (a) an item made out to a payee not on your account, (b) an item with an endorsement we are unable to verify, (c) a check or draft issued on a credit account, and (d) a non-U.S. item. When we are unable to verify an endorsement on an item, we can also decline to pay, cash, or send the item for collection. We can require all endorsers be present and we may require you to deposit the item instead of permitting you to cash it. For non-U.S. items, please see the response to "How do we handle non-U.S. items?". We may require any person wanting to make a deposit to your account to provide an acceptable form of identification before we accept the deposit for processing.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control.

---

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Consumer Account Agreement ("Agreement") effective April 24, 2017. In the section titled "Statements and other information relating to your deposit account", the response to the question "What happens to a dormant account?" is deleted and replaced with the following:

### What happens to a dormant account?
We put safeguards in place to protect a dormant account which may include restricting the following (which may vary based on your account type):
- Transfers between your Wells Fargo accounts using your ATM/debit card
- Transfers by phone using our automated banking service
- Transfers or payments through online, mobile, and text banking (including Bill Pay)
- Wire transfers (incoming and outgoing)
- Contributions or transfers to IRA or ESA savings through online and mobile banking

Normal monthly service and other fees continue to apply (except where prohibited by law).

If you do not initiate an account-related activity on the account within the time period as specified by state unclaimed property laws, your account funds may be transferred to the appropriate state. This transfer is known as "escheat." If your account becomes



escheatable, account statements will not be available. Your account will be closed. To recover your account funds, you must file a claim with the state.

If the dormant account is a primary Wells Fargo Portfolio Checking account or Wells Fargo Prime Checking account, about 2 months before the account escheats, we will close any associated program including Portfolio by Wells Fargo®, Portfolio by Wells Fargo Plus, or Portfolio by Wells Fargo Premier. When the Portfolio by Wells Fargo, Portfolio by Wells Fargo Plus, or Portfolio by Wells Fargo Premier program is closed, any benefits such as fee waivers and discounted services associated with it will be discontinued. Your primary Wells Fargo Portfolio Checking account is the first account listed in your monthly statement. To reinstate your program benefits, the primary checking account must be in an active status and you must contact us to reestablish the program. If other linked accounts become dormant, the accounts will be removed from any associated program and fees may apply.

All other aspects of the Agreement remain the same. If there is a conflict between the updated response above and the Agreement, the updated response will control.

Thank you for being a Wells Fargo customer. As a valued Wells Fargo customer we hope you find this information helpful. Again, if you have questions or concerns about these changes, please contact your local banker or call the number listed on your statement.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

# Wells Fargo Value<sup>SM</sup> Checking

Account number: ⬛⬛⬛2529 ■ April 1, 2017 - April 30, 2017 ■ Page 1 of 5



MANUS SUDDRETH
BILLY R HARDIN
JOSEPH J BELLINGER
7650 WATERWOOD TRL
GLEN BURNIE MD 21060-8444

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (336)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | -$267.88 |
| Deposits/Additions | 4,702.00 |
| Withdrawals/Subtractions | - 1,252.37 |
| **Ending balance on 4/30** | **$3,181.75** |

Account number: ⬛⬛2529

**MANUS SUDDRETH**
**BILLY R HARDIN**
**JOSEPH J BELLINGER**

*Maryland account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 055003201

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ▬▬▬2529 ■ April 1, 2017 - April 30, 2017 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/4 | | Online Transfer From Suddreth M Way2Save Checking xxxxxx7530 Ref #Ib03B6C7Cs on 04/04/17 | 300.00 | | 32.12 |
| 4/5 | | Dbg Property Cash Disb Manus Suddreth | 1,251.00 | | |
| 4/5 | | Online Transfer to Suddreth M Way2Save Checking xxxxxx7530 Ref #Ib03B8Q2Mx on 04/05/17 | | 200.00 | 1,083.12 |
| 4/6 | | Online Transfer to Suddreth M Way2Save Checking xxxxxx7530 Ref #Ib03Bchww3 on 04/06/17 | | 400.00 | 683.12 |
| 4/10 | | Dbg Property Cash Disb Manus Suddreth | 1,251.00 | | 1,934.12 |
| 4/12 | | Suntrust Ext Tfr P2P 170412 Charles Wonch Charles Wonch | 950.00 | | |
| 4/12 | | Online Transfer to Suddreth M Way2Save Checking xxxxxx7530 Ref #Ib03Brzt8J on 04/12/17 | | 100.00 | 2,784.12 |
| 4/18 | | Bge Payment 170417 5412802000 Manus Suddreth | | 190.23 | 2,593.89 |
| 4/19 | 1403 | Check | | 100.92 | 2,492.97 |
| 4/21 | | Bge Payment 170420 6717210000 Manus Suddreth | | 50.81 | 2,442.16 |
| 4/25 | | Culligan Mid-Atl Culligan W 170424 632591 Suddreth, Jeanie | | 75.14 | |
| 4/25 | | Culligan Mid-Atl Culligan W 170424 696508 Suddreth, Jeanie | | 75.14 | 2,291.88 |
| 4/28 | | Suntrust Ext Tfr P2P 170428 Charles Wonch Charles Wonch | 950.00 | | |
| 4/28 | | Verizon Paymentrec Urring 000015843314 M Suddreth | | 60.13 | 3,181.75 |
| Ending balance on 4/30 | | | | | 3,181.75 |
| **Totals** | | | **$4,702.00** | **$1,252.37** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 1403 | 4/19 | 100.92 |

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $175.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/01/2017 - 04/30/2017 | Standard monthly service fee $9.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | -$267.88 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $4,402.00 ☑ |

**Monthly service fee discount(s)** *(applied when box is checked)*

Online only statements ($2.00 discount)                    ☑

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
VC/VC

Account number: ▬▬2529 ■ April 1, 2017 - April 30, 2017 ■ Page 3 of 5



 IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Consumer Account Agreement ("Agreement") dated April 29, 2016. Effective March 31, 2017, the question and response to "Are there any restrictions on our accepting deposits to your account?" in the section titled "Deposits to your account" are deleted and replaced with the following:

Are we required to accept all deposits to your account?

No. We are permitted to decline all or part of a deposit, including a cash deposit. Some examples are (a) an item made out to a payee not on your account, (b) an item with an endorsement we are unable to verify, (c) a check or draft issued on a credit account, and (d) a non-U.S. item. When we are unable to verify an endorsement on an item, we can also decline to pay, cash, or send the item for collection. We can require all endorsers be present and we may require you to deposit the item instead of permitting you to cash it. For non-U.S. items, please see the response to "How do we handle non-U.S. items?". We may require any person wanting to make a deposit to your account to provide an acceptable form of identification before we accept the deposit for processing.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control.

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Consumer Account Agreement ("Agreement") effective April 24, 2017. In the section titled "Statements and other information relating to your deposit account", the response to the question "What happens to a dormant account?" is deleted and replaced with the following:

**What happens to a dormant account?**
We put safeguards in place to protect a dormant account which may include restricting the following (which may vary based on your account type):
- Transfers between your Wells Fargo accounts using your ATM/debit card
- Transfers by phone using our automated banking service
- Transfers or payments through online, mobile, and text banking (including Bill Pay)
- Wire transfers (incoming and outgoing)
- Contributions or transfers to IRA or ESA savings through online and mobile banking

Normal monthly service and other fees continue to apply (except where prohibited by law).

If you do not initiate an account-related activity on the account within the time period as specified by state unclaimed property laws, your account funds may be transferred to the appropriate state. This transfer is known as "escheat." If your account becomes escheatable, account statements will not be available. Your account will be closed. To recover your account funds, you must file a claim with the state.

If the dormant account is a primary Wells Fargo Portfolio Checking account or Wells Fargo Prime Checking account, about 2 months before the account escheats, we will close any associated program including Portfolio by Wells Fargo®, Portfolio by Wells Fargo Plus, or Portfolio by Wells Fargo Premier. When the Portfolio by Wells Fargo, Portfolio by Wells Fargo Plus, or Portfolio by Wells Fargo Premier program is closed, any benefits such as fee waivers and discounted services associated with it will be discontinued. Your primary Wells Fargo Portfolio Checking account is the first account listed in your monthly statement. To reinstate your program benefits, the primary

Account number: ▓▓▓▓▓2529  ■ April 1, 2017 - April 30, 2017  ■ Page 4 of 5



checking account must be in an active status and you must contact us to reestablish the program. If other linked accounts become dormant, the accounts will be removed from any associated program and fees may apply.

All other aspects of the Agreement remain the same. If there is a conflict between the updated response above and the Agreement, the updated response will control.

Thank you for being a Wells Fargo customer. As a valued Wells Fargo customer we hope you find this information helpful. Again, if you have questions or concerns about these changes, please contact your local banker or call the number listed on your statement.

Account number: ▉▉▉▉2529  ■ April 1, 2017 - April 30, 2017  ■ Page 5 of 5



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

A  **Enter the ending balance** on this statement.                    $ _____

B  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  | |
|  | |
|  | |
|  | |
| **Total** | $ |

+ $ _____

C  Add A and B to calculate the subtotal.          = $ _____

D  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
| **Total** | $ |

- $ _____

E  **Subtract** D **from** C to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■  **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■  **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

Exhibit 1

WPIP, et. al.
Balance Sheet [1]

| | | April 30, 2017 |
|---|---|---|
| **Assets** | | |
| Cash | | |
| Wells Fargo Acct x5557 | $ | 52,881 |
| | | |
| **Real Property** | | |
| 601 W. Patapsco Ave., Baltimore: | | |
| Lot 1 (13.81 acres in Baltimore City | | 1,127,200 [2] |
| record owner AV&E Industries) | | |
| Lot 6824 (14.91 acres in Baltimore Co. | | 292,600 [2] |
| record owner AV&E Industries) | | |
| Lot 8 (3.3 acres in Baltimore City | | 215,800 [2] |
| record owner Patapsco Excavating, Inc.) | | |
| Lot 6 ( 0.235 acres in Baltimore City | | 15,300 [2] |
| record owner Patapsco Excavating, Inc.) | | |
| Lot 4A (0.130 acres in Baltimore City | | 9,000 [2] |
| record owner Patapsco Excavating, Inc.) | | |
| | | |
| Total Assets | $ | 1,712,781 |
| | | |
| **Liabilities** | | |
| JACE Note | $ | 1,653,853 [4] |
| BPI Note - Dated February 7, 2013 | | 200,000 [3] |
| BPI Note - Dated February 7, 2014 | | 15,000 [3] |
| Mark Epstein Note - Dated February 7, 2013 | | 5,000 [3] |
| Wage Settlement | | 15,000 |
| Property Taxes Due - 601 W. Patapsco properties | | 5,000 |
| | | |
| Total Liabilities | $ | 1,893,853 |

(1)    Subject to revision and amendment; The Chapter 11
Trustee reserves all rights as to the validity,
enforeability, and amounts of all loans.

(2)    Tax assessed value as of July 1, 2017.

(3)    Face amount; as disclosed in Report of Chapter 11
Trustee. Obligors may not include WPIP, but debt is
secured by land upon which WPIP operates.

(4)    Source: POC #15.

Prepared by Protiviti Inc.

Exhibit 2

**WPIP, Inc.**
**Income Statement**
**For Period Ended:**

April 30, 2017

**INCOME**

| | | |
|---|---|---:|
| Rental Income | $ | 49,116.67 |

**EXPENSES**

| | |
|---|---:|
| Bank Charges & Fees | - |
| Car & Truck | - |
| Contractors | 2,987.00 |
| Insurance | 638.00 |
| JACE Note, LLC - interest | 24,000.00 [1] |
| Meals & Entertainment | 21.15 |
| Office Supplies & Software | 145.18 |
| Other Business Expenses | 5,667.05 |
| Other Miscellaneous Expense | - |
| Payroll Expenses | 17,311.21 |
| Rent & Lease | 567.32 |
| Repairs & Maintenance | - |
| Taxes & Licenses | - |
| U.S. Trustee Fees | - |
| Utilities | (189.42) |
| Total Expenses | 51,147.49 |

| | | |
|---|---|---:|
| **NET INCOME** | $ | (2,030.82) |

(1)   Monthly payments to JACE Note, LLC in the amount of $12,000 are set forth in
Section 6 (D) of the Agreement of Cooperation between the Chapter 11 Trustee
and the Einstein Parties attached as Exhibit A to the Motion to Approve
Agreements (Dckt. No. 323).  Motion was granted by an Order entered on June 6,
2017 (Dckt. No. 325).  Payments for March and April were made in April 2017.

Prepared by Protiviti Inc.